UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLTON MURRAY, JR.,

    Defendants.
_____/

Case No. 2:14-mj-16

HON. TIMOTHY P. GREELEY

## ORDER OF DETENTION

Defendant appeared before the undersigned on May 27, 2014, on a warrant and complaint alleging Possession of Heroin and Cocaine with Intent to Distribute in violation of 21 U.S.C. § 841(a).  Defendant was advised that the government filed a motion for detention and that the defendant had the right to a detention hearing.  Defendant was further advised that he could consult with his attorney before deciding whether or not to request a hearing.  Accordingly, IT IS HEREBY ORDERED that the defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  May 29, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge